# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC., SONIC HEALTHCARE USA, INC., MEDLAB PATHOLOGY, SONIC HEALTHCARE (IRELAND) LIMITED, AND SONIC HEALTHCARE LIMITED.<br><br>　　　　Defendants. | CIVIL ACTION NO.: 1-20-cv-783 |

## NOTICE OF APPEARANCE

Notice is hereby given that Ernest Martin, Jr., State Bar Number 13063300 of Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, Texas 75219 (214) 651-5641, enters his appearance in this matter as Counsel for Defendants in the above-styled and numbered cause. Counsel hereby respectfully requests notice and copies of all communications and other documents filed in this matter.

*　　*　　*

Dated: September 23, 2020.

                                  Respectfully submitted,

                                  By: _____

                                  Ernest Martin, Jr.
                                  Bar No. 13063300
                                  HAYNES AND BOONE, LLP
                                  2323 Victory Avenue, Suite 700
                                  Dallas, TX 75219
                                  214-651-5651 Direct
                                  214-651-5000 Main
                                  214-200-0519 Fax
                                  ernest.martin@haynesboone.com

                                     -and-

                                  Mark T. Beaman
                                  Bar No. 01955700
                                  Ryan Bueche
                                  Bar No. 24064970
                                  GERMER BEAMAN & BROWN PLLC
                                  One Barton Skyway
                                  1501 S Mopac Expy Suite A400
                                  Austin, TX 78746
                                  512-482-3504 Direct
                                  512-472-0288 Main
                                  512-472-0721 Fax
                                  mbeaman@germer-austin.com

                                  **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on September 23, 2020, a true and correct copy of the above and foregoing document was electronically served upon the following counsel of record as authorized by the Federal Rules of Civil Procedure:

Joseph R. Little
The Little Law Firm, P.C.
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone: (713) 222-1368
Fax: (281) 200-0115
jrl@littlelawtexas.com

John T. Brooks
Jenna A. Fasone
Sheppard, Mullin, Richter & Hampton, LLP
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 338-6500
Fax: (619) 234-3815
jbrooks@sheppardmullin.com
jfasone@sheppardmullin.com

**Attorneys for Plaintiff**
**Homeland Insurance Company of New York**

        */s/ Ernest Martin, Jr.*
        Ernest Martin, Jr.