# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>  Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC., SONIC HEALTHCARE USA, INC., MEDLAB PATHOLOGY, SONIC HEALTHCARE (IRELAND) LIMITED, AND SONIC HEALTHCARE LIMITED.<br><br>  Defendants. | CIVIL ACTION NO.: 1-20-cv-783 |

## NOTICE OF APPEARANCE

Notice is hereby given that Ernest Martin, Jr., State Bar Number 13063300 of Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, Texas 75219 (214) 651-5641, enters his appearance in this matter as Counsel for Defendants in the above-styled and numbered cause. Counsel hereby respectfully requests notice and copies of all communications and other documents filed in this matter.

\* \* \*

Dated: September 24, 2020.

        Respectfully submitted,

    By: *Ernest Martin, Jr.*
        Ernest Martin, Jr.
        Bar No. 13063300
        HAYNES AND BOONE, LLP
        2323 Victory Avenue, Suite 700
        Dallas, TX 75219
        214-651-5651 Direct
        214-651-5000 Main
        214-200-0519 Fax
        ernest.martin@haynesboone.com

        -and-

        Mark T. Beaman
        Bar No. 01955700
        Ryan Bueche
        Bar No. 24064970
        GERMER BEAMAN & BROWN PLLC
        One Barton Skyway
        1501 S Mopac Expy Suite A400
        Austin, TX 78746
        512-482-3504 Direct
        512-472-0288 Main
        512-472-0721 Fax
        mbeaman@germer-austin.com

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on September 24, 2020, a true and correct copy of the above and foregoing document was electronically served upon the following counsel of record as authorized by the Federal Rules of Civil Procedure:

Joseph R. Little
The Little Law Firm, P.C.
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone: (713) 222-1368
Fax: (281) 200-0115
jrl@littlelawtexas.com

John T. Brooks
Jenna A. Fasone
Sheppard, Mullin, Richter & Hampton, LLP
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 338-6500
Fax: (619) 234-3815
jbrooks@sheppardmullin.com
jfasone@sheppardmullin.com

**Attorneys for Plaintiff**
**Homeland Insurance Company of New York**

*/s/ Ernest Martin, Jr.*
Ernest Martin, Jr.