# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>     Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC., SONIC HEALTHCARE USA, INC., MEDLAB PATHOLOGY, SONIC HEALTHCARE (IRELAND) LIMITED, AND SONIC HEALTHCARE LIMITED.<br><br>     Defendants. | CIVIL ACTION NO.: 1-20-cv-783 |

## DECLARATION OF THOMAS SEETO IN SUPPORT OF CERTAIN DEFENDANTS' MOTION TO DISMISS

I, Thomas Seeto, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am over twenty-one years of age, have never been convicted of a felony, and am fully competent and qualified to testify to the matters set forth in this declaration.

2. The facts contained in this declaration are based on my personal knowledge and are true and accurate.

3. I am Financial Controller – Corporate Departments at Defendant Sonic Healthcare Ltd. ("Sonic").

4. I have held that position since February 2014.

5. I am generally familiar with the above-captioned matter (the "Lawsuit").

6. I understand that the Lawsuit pertains to whether and to what extent there is insurance coverage under the Homeland Primary Policy and Homeland Excess Policy for the Ms. S Claim (as those terms are defined in Homeland's Complaint (July 24, 2020) [Doc. No. 1]).

7. On behalf of Defendant Sonic, I hereby state that Defendant Sonic did not contribute toward the defense or settlement of the Ms. S Claim.

8. For that reason, among other reasons, I hereby state that Defendant Sonic has not sought, and will not seek, insurance coverage for any costs associated with the Ms. S Claim under either the Homeland Primary Policy or the Homeland Excess Policy.

9. Because of that, Defendant Sonic has no dispute with Plaintiff Homeland Insurance Company of New York regarding insurance coverage for the Ms. S Claim.

25th September 2020

_____
THOMAS SEETO

2