**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, <br><br>      Plaintiff, <br><br>   v. <br><br> CLINICAL PATHOLOGY LABORATORIES, INC. SONIC HEALTHCARE USA, INC., MEDLAB PATHOLOGY, SONIC HEALTHCARE (IRELAND) LIMITED, AND SONIC HEALTHCARE LIMITED. <br><br>      Defendants. | CIVIL ACTION NO. 1:20-cv-783 |

**JOINT MOTION TO EXTEND THE TIME TO SUBMIT A PROPOSED SCHEDULING ORDER**

Plaintiff Homeland Insurance Company of New York ("Homeland") and Defendants Clinical Pathology Laboratories, Inc. ("CPL"), Sonic Healthcare USA, Inc. ("Sonic USA"), MedLab Pathology ("MedLab"), Sonic Healthcare (Ireland) Ltd. ("Sonic Ireland"), and Sonic Healthcare Ltd. ("Sonic Australia") (collectively, "Defendants") (collectively with Homeland, the "Parties") submit this Joint Motion To Extend the Time to Submit A Proposed Scheduling Order as follows:

The Parties participated in a Rule 26(f) conference on November 17 and 20, 2020 to discuss, among other things, discovery and a proposed scheduling order pursuant to Local Rule CV-16.

Defendants have filed a motion to dismiss all of Homeland's pending claims (ECF 24) and assert that when the Court rules on this motion, it will necessarily rule on the viability of the inclusion of certain parties as well as certain of Homeland's claims and defenses.  Defendants contend that the outcome of the motion may narrow the scope of relevant discovery, which could in turn impact the time necessary to conduct discovery, file dispositive motions, and prepare for trial.

In order to have better certainty with respect to the time required by each party to conduct discovery and prepare their respective claims and defenses, the Parties jointly seek an extension of the deadline to file a proposed scheduling order up to and including fourteen (14) days following the Court's ruling on Defendants' motion to dismiss the amended complaint (ECF 24). The Parties anticipate that doing so will reduce the likelihood of having to request modification to any currently contemplated scheduling order.

SMRH:4818-1227-9506.2

Respectfully submitted this 23rd day of November, 2020.

By:  */s/ Jenna A. Fasone*

John T. Brooks (CA Bar #167793)
Jenna A. Fasone (CA Bar #308886)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:  (619) 338-6500
Fax:  (619) 234-3815
jbrooks@sheppardmullin.com
jfasone@sheppardmullin.com
*Admitted Pro Hac Vice*

Joseph R. Little (Bar No. 784483)
The Little Law Firm
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone:  (713) 222-1368
Fax:  (281) 200-0115
jrl@littlelawtexas.com

*Attorneys for Plaintiff Homeland Insurance
Company of New York*

By:  */s/ Greg Van Houten*

Ernest Martin, Jr. (Bar No. 13063300)
Greg Van Houten*
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
214-651-5651 Direct
214-651-5000 Main
214-200-0519 Fax
ernest.martin@haynesboone.com
greg.vanhouten@haynesboone.com
*Admitted Pro Hac Vice

Mark T. Beaman (Bar No. 01955700)
Ryan Bueche (Bar. No. 24064970)
GERMER BEAMAN & BROWN PLLC
One Barton Skyway
1501 S Mopac Expy Suite A400

SMRH:4818-1227-9506.2

Austin, TX 78746
512-482-3504 Direct
512-472-0288 Main
512-472-0721 Fax
mbeaman@germer-austin.com
rbueche@germer-austin.com

*Attorneys for Defendants*

SMRH:4818-1227-9506.2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of this document was served upon counsel of record for all parties who have made an appearance in this case at the addresses indicated by CM/ECF electronic notification on this 23rd day of November 2020.  I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Jenna A. Fasone*

_____