IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> CLINICAL PATHOLOGY LABORATORIES, INC. AND SONIC HEALTHCARE USA, INC., <br><br> Defendants. | CIVIL ACTION NO.: 1-20-cv-783 |

**UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES**

Defendants, after meeting and conferring with Plaintiff through counsel, hereby move, with no opposition, to extend the deadlines for the filing of response and reply briefs associated with (a) Plaintiff's Motion for Leave to File a Second Amended Complaint (May 26, 2021; Dkt. 34); (b) Plaintiff's Motion for Reconsideration (May 26, 2021; Dkt. 35); and (c) Defendants' Cross-Motion for Reconsideration (May 26, 2021; Dkt. 36).  Specifically, Defendants seek to extend the deadline for response briefs by two weeks to June 16, 2021, and the corresponding deadline for reply briefs by one week to June 30, 2021.

Good cause for the requested extensions exists given the Memorial Day holiday, the number of briefs the parties must prepare, and other professional and personal obligations.

\*   \*   \*

Dated:  June 1, 2021

        Respectfully submitted,

    By: /s/ Greg Van Houten
        Ernest Martin, Jr. [Bar No. 13063300]
        Greg Van Houten*
        HAYNES AND BOONE, LLP
        2323 Victory Avenue, Suite 700
        Dallas, TX 75219
        214-651-5651 Direct
        ernest.martin@haynesboone.com
        greg.vanhouten@haynesboone.com
        **Admitted Pro Hac Vice*

    -and-

    Mark T. Beaman [Bar No. 01955700]
    Ryan Bueche [Bar. No. 24064970]
    GERMER BEAMAN & BROWN PLLC
    One Barton Skyway
    1501 S Mopac Expy Suite A400
    Austin, TX 78746
    512-482-3504 Direct
    mbeaman@germer-austin.com
    rbueche@germer-austin.com

    **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for Defendants conferred with counsel for Plaintiff, as required by Local Rule CV-7(i).  Plaintiff does not oppose the relief sought by this motion.

/s/    Greg Van Houten
Greg Van Houten

## **CERTIFICATE OF SERVICE**

I certify that, consistent with Local Court Rule CV-5, a true and correct copy of the foregoing was sent to all parties of record pursuant to the Electronic Filing Procedures and the Federal Rules of Civil Procedure on this 1st day of June 2021.

/s/  Greg Van Houten
Greg Van Houten