IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>    Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC. AND SONIC HEALTHCARE USA, INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 1-20-cv-783 |

## ORDER

The Court, having considered Defendants' Unopposed Motion to Extend Briefing Deadlines (the "Motion"), finds that the Motion has merit and thus hereby GRANTS the motion extending certain briefing deadlines.

Accordingly, the deadlines for the filing of responsive briefs to (a) Plaintiff's Motion for Leave to File a Second Amended Complaint (May 26, 2021; Dkt. 34), (b) Plaintiff's Motion for Reconsideration (May 26, 2021; Dkt. 35), and (c) Defendants' Cross-Motion for Reconsideration (May 26, 2021; Dkt. 36) are hereby extended to June 16, 2021.

Likewise, the deadlines for the filing of reply briefs in support of (a) Plaintiff's Motion for Leave to File a Second Amended Complaint (May 26, 2021; Dkt. 34), (b) Plaintiff's Motion for Reconsideration (May 26, 2021; Dkt. 35), and (c) Defendants' Cross-Motion for Reconsideration (May 26, 2021; Dkt. 36) are hereby extended to June 30, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE