IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HOMELAND INSURANCE COMPANY OF NEW YORK,
Plaintiff / Counter Defendant
v.
CLINICAL PATHOLOGY LABORATORIES, INC., et al.,
Defendants / Counter Plaintiffs,
Case No. 1:20-CV-783-RP

**NOTICE CONCERNING REFERENCE TO
<u>UNITED STATES MAGISTRATE JUDGE</u>**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party <u>Defendants, Clinical Pathology Laboratories, Inc. and Sonic Healthcare USA, Inc.,</u> through counsel <u>Greg Van Houten, with the law firm of Haynes and Boone, LLP</u>,

___ consents to having a United States Magistrate Judge preside over the trial in this case.

_X_ declines to consent to trial before a United States Magistrate Judge.

                                                          Respectfully submitted,

                                                          /s/ Greg Van Houten

                                                          Greg Van Houten

                                                          Attorney for:
                                                          Defendants, Clinical Pathology Laboratories, Inc. and Sonic Healthcare USA, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, consistent with Local Court Rule CV-5, a true and correct copy of the foregoing was sent to all parties of record pursuant to the Electronic Filing Procedures and the Federal Rules of Civil Procedure on this 4th day of June 2021.

                                                          /s/  Greg Van Houten
                                                            Greg Van Houten