IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC. SONIC HEALTHCARE USA, INC., MEDLAB PATHOLOGY, SONIC HEALTHCARE (IRELAND) LIMITED, AND SONIC HEALTHCARE LIMITED.<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-783 |

**DECLARATION OF JOHN T. BROOKS RE: HOMELAND INSURANCE COMPANY OF NEW YORK'S REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF THE COURT'S RULING ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, John T. Brooks, declare as follows:

1.  I am a partner in the law firm Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Homeland Insurance Company of New York ("Homeland") in this matter. I have personal knowledge of the facts set forth below.

2.  As counsel for Homeland, I am familiar with the documents that form the basis for Homeland's allegations in this lawsuit. One such document is an insurance application signed on April 11, 2016, on behalf of Defendants. That Application is relevant to and supports Homeland's allegations regarding what information was incorporated into the insurance policy at issue in this action. Attached hereto as **Exhibit A** are true and correct copies of the pertinent portions from that April 11, 2016 Application (with relevant portions highlighted for ease of reference).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on June 30, 2021 at San Diego, California.

_____
John T. Brooks

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon counsel of record for all parties who have made an appearance in this case at the addresses indicated by CM/ECF electronic notification on this 30th day of June 2021.  I declare under penalty of perjury that the foregoing is true and correct.

                                          */s/ John T. Brooks*

# EXHIBIT A

## F. SIGNATURE AND AUTHORIZATION

The undersigned, as authorized agent of all individuals and entities proposed for this insurance, declares that, to the best of his/her knowledge and belief, after reasonable inquiry, the statements in this Application and any attachments or information submitted with this Application (together referred to as the "Application") are true and complete. For Florida accounts, the preceding sentence is replaced with the following: The undersigned, as authorized agent of all individuals and entities proposed for this insurance, represents that, to the best of his/her knowledge and belief, after reasonable inquiry, the statements in this Application and any attachments or information submitted with this Application (together referred to as the "Application") are true and complete. The information in this Application is material to the risk accepted by us. If a policy is issued it will be in reliance upon the Application, and the Application will be the basis of the contract.

We will maintain the information contained in and submitted with this Application on file and along with the Application will be considered physically attached to, part of, and incorporated into the policy, if issued. For North Carolina, Utah and Wisconsin accounts, this Application and the materials submitted with it shall become part of the policy, if issued, if attached to the policy at issuance.

We are authorized to make any inquiry in connection with this Application. Our acceptance of this Application or the making of any subsequent inquiry does not bind you or us to complete the insurance or issue a policy.

The information provided in this Application is for underwriting purposes only and does not constitute notice to us under any policy of a Claim or potential Claim.

If the information in this Application materially changes prior to the effective date of the policy, you must notify us immediately and we may modify or withdraw any quotation or agreement to bind insurance.

**NOTICE TO NEW YORK APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

| Applicant Name | Sonic Healthcare Investments GP |
|---|---|
| By (Authorized Signature) | *[signature]* |
| Name/Title | Authorized Person |
| Date | April 11 2016 |

NOTE: THIS APPLICATION MUST BE SIGNED BY A PARTNER, PRINCIPAL, DIRECTOR OR OFFICER OF THE APPLICANT ACTING AS THE AUTHORIZED AGENT OF ALL INDIVIDUALS AND ENTITIES PROPOSED FOR THIS INSURANCE.

| Produced By (Insurance Agent) | |
|---|---|
| Insurance Agency | |
| Insurance Agency Taxpayer ID | |
| Agent License No. or Surplus Lines No. | |
| Address | Street: <br> City:                    State:        Zip: |
| Email Address | |

| Submitted By (Insurance Agency) | |
|---|---|
| Insurance Agency Taxpayer ID | |
| Agent License No. or Surplus Lines No. | |
| Address | Street: <br> City:                    State:        Zip: |

NOTE: FOR NEW HAMPSHIRE APPLICANTS, PRODUCER'S NAME AND SIGNATURE ARE REQUIRED.

HPA-30015-07-12                    Submit Form                    004                    Page 6 of 6