IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>    Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC. AND SONIC HEALTHCARE USA, INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 1-20-cv-783 |

**ORDER**

The Court, having considered Defendants' Objection to and Motion to Strike Plaintiff's Declarations Submitted in Support of Plaintiff's Reply Briefs (the "Motion," Dkt. 50), finds that the Motion has merit and thus hereby GRANTS the Motion.

Accordingly, Plaintiff's (1) Declaration submitted with its Reply in Support of its Motion for Reconsideration (Dkt. 48-1), and (2) Declaration submitted with its Reply in Support of its Motion for Leave to Amend (Dkt. 49-1) are hereby stricken from the record and will not be considered in conjunction with Plaintiff's Motion for Reconsideration (Dkt. 35) and Plaintiff's Motion for Leave to Amend (Dkt. 34).

Signed this _____ day of _____, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE