# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> CLINICAL PATHOLOGY LABORATORIES, INC., AND SONIC HEALTHCARE USA, INC., <br><br> Defendants. | CIVIL ACTION NO.: 1-20-cv-783 |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR DISPOSITIVE MOTIONS

On this day, the Court considered Defendants' Unopposed Motion for Leave to Exceed Page Limit for Dispositive Motions (the "Motion"). The Court has considered the Motion and all other relevant factors and determines that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants shall be permitted to exceed the page limitation for dispositive motions by five pages and leave is granted to file the Motion for Summary Judgment attached to the Motion as Exhibit B.

**It is so ORDERED.**

SIGNED ON _____

_____
PRESIDING JUDGE