| OneBeacon HEALTHCARE GROUP | 312.821.4712 t  \|  312.821.4720 f <br> 125 S. Wacker Drive, Suite 720 Chicago, IL 60606 | Binder |
|---|---|---|
| | onebeaconhc.com | |
| 06.28.2016 | **RE:  Sonic Healthcare Investments, G.P.** <br> Medical Facilities Liability Coverage | |

**Broker**
  Emma Meyer
  Aon Risk Services Central, Inc.
  Aon Center
  200 E. Randolph Street
  Chicago, IL 60601-6436

**Insured**
  Sonic Healthcare Investments, G.P.
  9737 Great Hills Trl Ste 100
  Austin, TX 78759-6449


  Renewal of Policy # MFL-004062-0615

Hello.

OneBeacon Healthcare Group is pleased to provide the following Medical Facilities Liability Coverage confirmation of binding to you for Sonic Healthcare Investments, G.P.. We hope that you will provide us the opportunity to discuss the full breadth of our capabilities with you in further detail as we would greatly appreciate the opportunity to exceed your expectations. Jennifer L. Clifford is available to assist you with anything else you may need.

| | | | |
|---|---|---|---|
| **Policy Number** | MFL-004062-0616 | | |
| **Policy Period** | 06.30.2016 to 06.30.2017 | | |
| **Covered Operations / Services** | Medical Laboratory | | |
| **Health Care Professional Liability** | Limits of Liability | | Retroactive Date |
| |     Each Claim | $1,000,000 | 02.05.2007 |
| |     Aggregate for All Claims | $3,000,000 | |
| | Deductible | | |
| |     Per Claim | $150,000 | |
| |     Aggregate | N/A | |
| **General Liability** | Not Covered | | |
| **Employee Benefits Liability** | Not Covered | | |

Reference Index:  Account Number **34379**     POF ID **3992969**     Quote No **1858999-1**

Page 1 of 9

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **Evacuation Expense Reimbursement** | Limits of Liability | | |
| | Each Evacuation | $25,000 | |
| | Aggregate for all Evacuations | $25,000 | |

| | | | |
|---|---|---|---|
| **Legal / Media Expense Reimbursement** | Limits of Liability | | Retroactive Date |
| | Each Legal Defense Proceeding | $100,000 | As Per Insuring |
| | Aggregate for all Legal Defense Proceedings | $100,000 | Agreement(A) |

**Defense Costs**  Defense Expenses are outside the limits of liability

**Premium**  ▇▇▇▇▇▇▇

Premium is due and payable no later than forty five (45) days after the date of binding. Failure to pay the premium in full may result in cancellation of coverage.

**Minimum Earned Premium**  25% of Policy Premium shown above

**Policy Endorsements**
- HPE-00019-07-08  Delete General Liability and Employee Benefit Liability Coverages
- HPE-00023-03-13  Amend Prior Knowledge Exclusion (D)(1)
- HPE-00042-02-13  Amend Cancellation to Ninety (90) Days
- HPE-00061-02-11  Sexual Misconduct Coverage
- HPE-00063-04-11  Additional Named Insured - Related to Original Named Insured
  - Sonic Healthcare USA, Inc
    - Retro Date: 02.05.2007
  - Sunrise Medical Laboratories, Inc
    - Retro Date: 03.05.1995
  - Clinical Pathology Laboratories, Inc
    - Retro Date: 10.01.2000
  - Mullins Pathology & Cytology Laboratory, Inc
    - Retro Date: 04.30.2007
  - Woodbury Clincal Pathology, Inc
    - Retro Date: 01.05.1992
  - Memphis Pathology Laboratory
    - Retro Date: 01.07.2007
  - Clinical Laboratory Services, Inc
    - Retro Date: 01.07.2007
  - Fairfax Medical Laboratories, Inc
    - Retro Date: 06.19.2006
  - Pathology Laboratories, Inc dba Lima Pathology Laboratories
    - Retro Date: 03.01.1987
  - Cognoscenti Health Institute, LLC
    - Retro Date: 09.01.2006
  - DRL Labs, Ltd. Completely merged into Clinical Pathology as of 03/28/2003
    - Retro Date: 03.28.2003
  - American Esoteric Laboratories, Inc. Closed Lab in March 2007 - Continues as a holding company
    - Retro Date: TBD
  - Piedmont Joint venture Laboratory, Inc
    - Retro Date: 08.05.2003
  - Clinical Pathology Laboratories, Southeast
    - Retro Date: TBD

Page 2 of 9

CONFIDENTIAL                                                                                     UW2016002314

|  |  |
|---|---|
|  | entity associated with the NCSS contract<br>   Retro Date: TBD<br>American Clinical Services<br>   Retro Date: 02.01.2004<br>Clinical Pathology Laboratories Southwest, Inc<br>   Retro Date: 03.29.2010<br>Clinical Laboratories of Hawaii, LLP<br>   Retro Date: 08.01.1985<br>Pan Pacific Pathologists, LLC<br>   Retro Date: 08.01.1985<br>East Side Clinical Laboratory, Inc<br>   Retro Date: 06.30.1990<br>Physician's Automated Laboratory<br>   Retro Date: 06.01.1989<br>CBLPath Holdings Corp<br>   Retro Date: 05.01.2004<br>CBLPath Inc<br>   Retro Date: 07.01.2004<br>CBLPath Transport<br>   Retro Date: 01.01.2007<br>Sonic Healthcare Limited<br>   Retro Date: 02.05.2007<br>Douglass Hanly Moir Pathology Pty Limited<br>   Retro Date: 02.05.2007<br>Sonic Healthcare Internatoinal Pty Ltd<br>   Retro Date: 02.05.2007<br>Sonic Healthcare Pathology Pty Ltd<br>   Retro Date: 02.05.2007<br>Sonic Reference Laboratory Inc<br>   Retro Date: 12.01.2014 |
| HPE-00064-07-11 | Notice of Cancellation to Scheduled Party<br>State of Hawaii, Department of Public Safety, ASO-<br>   Purchasing and Contracts Staff<br>   919 Ala Moana Boulevard, Honolulu, Hawaii 96814<br>County of Kern Public Health Services Department<br>   1800 Mount Vernon Avenue, 3rd Floor, Bakersfield,<br>   CA 93306-3302<br>MediGold, Provider Credentialing<br>   6150 East Broad Street, Columbus, Ohio 43213 |
| HPE-30017A-02-10 | Schedule of Insured Physicians and Locum Tenens<br>Aoki, Joseph P. MD<br>   Physician<br>   Retro Date: 08.01.2012<br>Bandovic, Zoran, MD<br>   Physician<br>   Retro Date: 10.26.2015<br>Cecka, J. Michael<br>   Physician<br>   Retro Date: 06.30.2010<br>Chan, Owen T.M., MD<br>   Physician<br>   Retro Date: 06.01.2010 |

CONFIDENTIAL    UW2016002315

Coa, Ying, PhD, MD
   Physician
   Retro Date: 08.01.2008

De Alwis, Kanthi, MD (fka VonGuenthner, Kanthi)
   Physician
   Retro Date: 03.01.2003

Feliz, Aaron, MD
   Physician
   Retro Date: 10.24.2011

Furuya, Glenn H., MD
   Physician
   Retro Date: 08.01.1991

Grace, Chelestes Lee K, MD
   Physician
   Retro Date: 08.19.2013

Harle, Lindsey K., MD
   Physician
   Retro Date: 07.16.2012

Killeen, Jeffrey L., MD
   Physician
   Retro Date: 07.01.1995

Kirit Petel, MD
   Physician
   Retro Date: 03.01.2013

Kitayama, Jonathan M., MD
   Physician
   Retro Date: 08.01.2012

Komura, Steven T., MD
   Physician
   Retro Date: 02.01.1996

Lin, Tai-Yuan D., PhD, MD
   Physician
   Retro Date: 07.01.2005

Lui, Hui
   Physician
   Retro Date: 02.04.2013

Mondkar, Milind, MD
   Physician
   Retro Date: 01.01.2001

Parveen, Zahida, MD
   Physician
   Retro Date: 08.01.2007

Peter W. Schlosshauer, MD
   Physician
   Retro Date: 11.02.2015

Pfiefer, Walther
  Physician
    Retro Date: 05.01.2015
Pierce, Audrey, MD
  Physician
    Retro Date: 06.30.2012
Pitts, Charles M., MD
  Physician
    Retro Date: 07.01.1995
Platt, Anne, MD
  Physician
    Retro Date: 06.30.2012
Shek, Yo Ho, MD
  Physician
    Retro Date: 01.01.2003
Shitamoto, Barry S., MD
  Physician
    Retro Date: 07.14.1983
Smith, Stephen M., MD
  Physician
    Retro Date: 08.15.2004
Stacey A. Simons, MD
  Physician
    Retro Date: 02.01.2016
Thomas, Louys, MD
  Physician
    Retro Date: 06.30.2012
Thompson, Karen S., MD
  Physician
    Retro Date: 09.01.2000
Wong, Deen L., MD
  Physician
    Retro Date: 06.27.1983
Yafuso, Tomomi L., MD
  Physician
    Retro Date: 08.01.2010
Yun Zhong, MD
  Physician
    Retro Date: 11.21.2015  Zhou,
Jianhong Jennifer, M.D., FASCP
  Physician
    Retro Date: 10.19.2015
Peter W. Schlosshauer, MD
  Physician
    Retro Date: 11.02.2015

CONFIDENTIAL

UW2016002317

| | |
|---|---|
| | HPE-30028-03-13    Deductible/Self-Insured Retention - Indemnity Only |
| | HPE-30060-03-13    Peer Review Coverage |
| | HPE-00038-08-09    Fronted Deductible Endorsement |
| | HPE-3SONIC2-0616  Amend General Condition (E) Worldwide Territory |
| | HPE-3SONIC-09-15   Rate Stabilization |
| **Insurance Company** | Homeland Insurance Company of New York |
| | This is a Surplus Lines Policy. Compliance with surplus lines requirements and the collection and payment of surplus lines taxes are the responsibility of the broker, who must be surplus lines licensed. |
| **Policy Form** | HPF-30001-03-13 |
| | Medical Facilities and Providers Professional Liability, General Liability and Employee Benefit Liability Policy |
| **Binder Expiration Date** | 08.14.2016 |
| **Conditions** | This binder is subject to OneBeacon Healthcare Group's receipt, review and acceptance of the outstanding conditions noted below prior to binding. The underwriter may elect at its discretion to accept an order to bind subject to receipt of such outstanding conditions within a specified timeframe.<br>• Signed and dated OneBeacon warranty statement on insured's letterhead<br>• Information for rate stabilization endorsement |

| | |
|---|---|
| **Extended Reporting Period (ERP)** | ERP Option(s) are as follows:<br>• 36 Months at 150% of Full Annual Premium |
| **Commission** | 0.00%<br><br>It is the general practice of OneBeacon Healthcare Group to show the following commission related legend (with an "X" in the appropriate space) on our quote and binder letters.<br><br>   ‾‾‾  **Gross Premium**<br>       The Underwriter will pay a percentage of the premium shown above as brokerage commission. The Underwriter does not pay contingent or deferred commissions. Consult your broker for information concerning commission.<br><br>  X  **Net Premium**<br>       The premium shown above is net, and the Underwriter will pay no brokerage commission of any kind thereon. |
| **General** | The coverage descriptions contained in this binder are for summary purposes only. Please read the policy for complete coverage information. |
| **Underwriter Contact** | Jennifer L. Clifford<br>312.821.4712 t  312.821.4720 f<br>JClifford@OneBeacon.com |

Ex. 2

Thank you again for this opportunity. You may also visit onebeaconhc.com to obtain further information regarding OneBeacon Healthcare Group's specific product offerings, client services and other company information.

Please remember that Jennifer L. Clifford welcomes your call and the opportunity to assist you.

CONFIDENTIAL

UW2016002320

# Supplemental Information

### Why OneBeacon Healthcare Group?

- Industry-leading specialty insurance capabilities.
- An entrepreneurial style combined with a focus on service and support.
- A decision making structure that supports faster underwriting decisions.
- OneBeacon Insurance Group's financial strength, as affirmed by an A.M. Best rating of A (Excellent)

### Risk Management

OneBeacon Healthcare Group offers a set of services and tools for our insureds which may include:

- Access to risk management materials via a website portal managed by The Rozovsky Group (TRG)
- Electronic self assessment tools
- Risk management webinars, with continuing education credits available
- Access to publications and subscriptions like TRG eNewsletters and *Dialogues in Healthcare*
- Risk management software products available at favorable rates
- AboutRisk® Learning - an online health care risk management certificate program (tuition fee)

### To Report A Claim

| | |
|---|---|
| Email: | obiclaims@onebeacon.com |
| Fax: | 877.256.5067 |
| Mail / Courier: | Claims |
| | OneBeacon Healthcare Group |
| | 199 Scott Swamp Road |
| | Farmington, CT 06032 |
| | |
| | Attention: Healthcare |