| | |
|---|---|
| Message | |
| From: | Abby Gergits [abby.gergits@aon.com] |
| Sent: | 5/18/2018 6:26:54 AM |
| To: | Clifford, Jennifer L. [/o=CUINS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=JLCLIFF] |
| Subject: | [E!] - RE: Sonic |

We are aware

Abby Gergits (Bell)
Aon National Health Care Practice, Broker II
200 E. Randolph Street, 13th Floor
Chicago, IL 60601
(312) 381-4119  direct
(312) 489-9045 mobile
Abby.Gergits@aon.com

---

**From:** Clifford, Jennifer L. [mailto:JClifford@OneBeacon.com]
**Sent:** Wednesday, May 16, 2018 4:23 PM
**To:** Abby Gergits
**Subject:** Sonic

Hi Abby,

Per our discussion today and previous discussions, please confirm that you are aware that we will not be offering renewal terms for the primary and excess policies for the captioned Insured.  Thanks.

**Jennifer Clifford,** Vice President Underwriting – Midwest Underwriting Manager, Medical Facilities
**OneBeacon Healthcare Group**  |  A Member of OneBeacon Insurance Group
tel: 312.821.4712  |  cell: 312.841.3616
jclifford@onebeacon.com  |  onebeaconhc.com  |  My mobile business card

Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.