**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> CLINICAL PATHOLOGY LABORATORIES, INC. SONIC HEALTHCARE USA, INC., MEDLAB PATHOLOGY, SONIC HEALTHCARE (IRELAND) LIMITED, AND SONIC HEALTHCARE LIMITED. <br><br> Defendants. | CIVIL ACTION NO. 1:20-cv-783 |

**[PROPOSED] ORDER GRANTING HOMELAND INSURANCE COMPANY OF NEW YORK'S *UNOPPOSED* MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR ITS RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Before this Court is Homeland's Unopposed Motion for Leave to Exceed Page Limit for Its Response to Defendants' Motion for Summary Judgment. Homeland seeks leave to exceed the 20-page limit by an additional five pages—the same number of excess pages granted to Defendants. In light of the lack of opposition and for good cause shown, IT IS ORDERED that Homeland's Unopposed Motion for Leave to Exceed Page Limit is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court shall file Homeland's Response to Defendants' Motion for Summary Judgment and all non-sealed exhibits with a filing date of October 28, 2021.

IT IS SO ORDERED.

DATED:

_____      _____
                                                                    HON. ROBERT PITMAN