# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>        Plaintiff,<br><br>  v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC. SONIC HEALTHCARE USA, INC., MEDLAB PATHOLOGY, SONIC HEALTHCARE (IRELAND) LIMITED, AND SONIC HEALTHCARE LIMITED.<br><br>        Defendants. | CIVIL ACTION NO. 1:20-cv-783 |

**HOMELAND INSURANCE COMPANY OF NEW YORK'S REQUEST FOR ORAL HEARING REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REGARDING HOMELAND'S OPPOSED MOTION TO DENY OR DELAY CONSIDERATION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER RULE 56(d)**

Plaintiff Homeland Insurance Company of New York requests an oral hearing on both Defendants' Motion for Summary Judgment (Dkt. 63) and on Homeland's Opposed Motion to Deny or Delay Consideration of Defendants' Motion for Summary Judgment Under Rule 56(d). Defendants have moved for summary judgment on *all* of Homeland's four claims—(1) breach of warranty, (2) reformation, (3) promissory estoppel, and (4) declaratory judgment—as well as three of Homeland's defenses to coverage, including (i) the prior notice exclusion, (ii) the prior knowledge exclusion, and (iii) misrepresentation.  In addition, Defendants seek partial summary judgment on an eighth issue regarding how the insurance policies at issue should be interpreted for purposes of paying underlying defense expenses.  Homeland's 56(d) Motion raises a number of issues related to Defendants' Motion.  Due to the complexity of the facts and issues in this case and at issue in the pending Motions, oral argument may aid the Court in its decision-making process, including by allowing the parties to provide any needed clarification and further address any issues that are of concern to the Court.

Respectfully submitted this 27th day of October, 2021.

By:  */s/ Jenna A. Fasone*
John T. Brooks (CA Bar #167793)
Jenna A. Fasone (CA Bar #308886)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:  (619) 338-6500
Fax:  (619) 234-3815
jbrooks@sheppardmullin.com
jfasone@sheppardmullin.com
*Admitted pro hac vice*

Joseph R. Little (#784483)
The Little Law Firm
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone:  (713) 222-1368
Fax:  (281) 200-0115

jrl@littlelawtexas.com
*Attorneys for Plaintiff and Counterclaim Defendant Homeland Insurance Company of New York*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true copy of this document was served upon counsel of record for all parties who have made an appearance in this case at the addresses indicated by CM/ECF electronic notification on this 29th day of October, 2021.  I declare under penalty of perjury that the foregoing is true and correct.

                                          */s/ Jenna A. Fasone*