IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-783-RP |
| CLINICAL PATHOLOGY LABORATORIES, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court are two motions from Defendants: (1) Unopposed Motion for Leave to Exceed Page Limits in Defendants' Reply in Support of their Motion for Summary Judgment, (Dkt. 75), and (2) Unopposed Motion for Leave to File their Reply Under Seal, (Dkt. 76).

In light of the lack of opposition, **IT IS ORDERED** that Defendants' Motions for Leave to Exceed Page Limits, (Dkt. 75), and Leave to File the Reply Under Seal, (Dkt. 76), are **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Defendants' Reply in Support of the Motion for Summary Judgment, (Dkt. 76-2), under seal.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall file the redacted version of the Reply Brief, (Dkt. 75-2), and the attached exhibit, (Dkt. 75-3), but these documents shall not be placed under seal.

**SIGNED** on November 9, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE