IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC. and SONIC HEALTHCARE USA, INC.,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 1:20-cv-783 |

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

Pursuant to the Court's Amended Agreed Scheduling Order (Doc. 59) and Local Rule CV-88, Plaintiff Homeland Insurance Company of New York ("Homeland") and Defendants Clinical Pathology Laboratories, Inc. and Sonic Healthcare USA, Inc. ("Defendants") (collectively, the "Parties") jointly submit the following Alternative Dispute Resolution ("ADR") Report:

**I.   Agreed Method of ADR**

The Parties agree that mediation is an appropriate method of ADR for this matter.

**II.  ADR Provider**

The Parties have agreed to mediate with Arnold Levinson, Esq. of ADR Services, Inc.

**III. Method of Compensating the ADR Provider**

The Parties will equally share the costs of mediation.

**IV.  Date for Completion of ADR**

The Parties will complete mediation by July 14, 2022 (60 days before the current trial date of September 12, 2022).

**V.      ADR Attendance**

The Parties agree that mediation may be conducted virtually.

Respectfully submitted this 26th day of January, 2022.

By:   /s/ John T. Brooks
          John T. Brooks (CA Bar #167793)
          Jared K. LeBeau (CA Bar #292742)
          Jenna A. Fasone (CA Bar #308886)
          SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
          501 West Broadway, 19th Floor
          San Diego, CA 92101
          Telephone:  (619) 338-6500
          Fax:  (619) 234-3815
          jbrooks@sheppardmullin.com
          jfasone@sheppardmullin.com
          *Admitted Pro Hac Vice*

          Joseph R. Little (Bar No. 784483)
          The Little Law Firm
          440 Louisiana Street, Suite 900
          Houston, Texas 77002
          Telephone:  (713) 222-1368
          Fax:  (281) 200-0115
          jrl@littlelawtexas.com

          *Attorneys for Plaintiff Homeland Insurance Company of New York*

By:   /s/ Ernest Martin, Jr.
          Ernest Martin, Jr. (Bar No. 13063300)
          Greg Van Houten*
          HAYNES AND BOONE, LLP
          2323 Victory Avenue, Suite 700
          Dallas, TX 75219
          214-651-5651 Direct
          214-651-5000 Main
          214-200-0519 Fax
          ernest.martin@haynesboone.com
          greg.vanhouten@haynesboone.com
          *Admitted Pro Hac Vice

Mark T. Beaman (Bar No. 01955700)
Ryan Bueche (Bar. No. 24064970)
GERMER BEAMAN & BROWN PLLC
One Barton Skyway
1501 S Mopac Expy Suite A400
Austin, TX 78746
512-482-3504 Direct
512-472-0288 Main
512-472-0721 Fax
mbeaman@germer-austin.com
rbueche@germer-austin.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon counsel of record for all parties who have made an appearance in this case at the addresses indicated by CM/ECF electronic notification on this 26th day of January 2022.

/s/ *John T. Brooks*
John T. Brooks