IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-783-RP |
| CLINICAL PATHOLOGY LABORATORIES, INC., SONIC HEALTHCARE USA, INC., | § § § § | |
| Defendants. | § § | |

## ORDER

**IT IS ORDERED** that the Court's Text Order on April 21, 2022 referring the motion to deny or delay consideration, (Dkt. 74), is **VACATED**.

**SIGNED** on April 21, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE