**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>    Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC., AND SONIC HEALTHCARE USA, INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 1-20-cv-783 |

**<u>NOTICE THAT PLAINTIFF DOES NOT OPPOSE DEFENDANTS' MOTION TO SEAL THE UNREDACTED VERSION OF THE TRANSCRIPT OF THE PROCEEDINGS HELD ON JUNE 21, 2022</u>**

On July 19, 2022, Defendants filed a Motion to Seal the Unredacted Version of the Transcript of the Proceedings Held on June 21, 2022 (the "Motion"). *See* Dkt. 113. Counsel for Defendants and counsel for Plaintiff have since conferred regarding the Motion, and counsel for Plaintiff has indicated that Plaintiff is unopposed to the Motion.

\*     \*     \*

Dated:  July 20, 2022

                      Respectfully submitted,

                      By: /s/ *Greg Van Houten*
                          Ernest Martin, Jr. [Bar No. 13063300]
                          Greg Van Houten*
                          HAYNES AND BOONE, LLP
                          2323 Victory Avenue, Suite 700
                          Dallas, TX 75219
                          214-651-5651 Direct
                          214-651-5000 Main
                          214-200-0519 Fax
                          ernest.martin@haynesboone.com
                          greg.vanhouten@haynesboone.com
                          *Admitted *Pro Hac Vice*

                          *-and-*

                          Mark T. Beaman [Bar No. 01955700]
                          Ryan Bueche [Bar. No. 24064970]
                          GERMER BEAMAN & BROWN PLLC
                          One Barton Skyway
                          1501 S Mopac Expy Suite A400
                          Austin, TX 78746
                          512-482-3504 Direct
                          512-472-0288 Main
                          512-472-0721 Fax
                          mbeaman@germer-austin.com
                          rbueche@germer-austin.com

                          **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that, consistent with Local Court Rule CV-5, a true and correct copy of the foregoing was sent to all parties of record via ECF and e-mail on this 20th day of July 2022.

/s/ *Greg Van Houten*
Greg Van Houten