# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>        Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC. SONIC HEALTHCARE USA, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 1:20-cv-783 |

## [PROPOSED] ORDER GRANTING HOMELAND INSURANCE COMPANY OF NEW YORK'S MOTION FOR LEAVE TO DEPOSE NANCY STRATTON AFTER THE DISCOVERY CUTOFF

The Court, having considered Homeland Insurance Company of New York's Motion for Leave to Depose Nancy Stratton After The Discovery Cutoff (the "Motion"), and any response by Defendants and Homeland's reply, finds that the Motion has merit.  The Motion is hereby **GRANTED**.

Accordingly, Homeland may take the deposition of Ms. Stratton at a mutually agreeable time and place, but not to exceed 10 days from the date of this Order unless Ms. Stratton herself is unavailable.

DATED:

HON. ROBERT PITMAN

SMRH:4895-9916-2426.3