# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **HOMELAND INSURANCE COMPANY OF NEW YORK,** *Plaintiff* | § § § § | |
| v. | § § | CIVIL NO. 1-20-CV-783-RP |
| **CLINICAL PATHOLOGY LABORATORIES, INC.,** *Defendant* | § § § | |

## ORDER

Now before the Court are Homeland Insurance Company of New York's Sealed Motions to Compel. Dkt. 151; Dkt. 152. By Text Order entered October 3, 2022, the District Court granted Homeland leave to file its Motions to Compel under seal, but ordered that Homeland "file a public, redacted copy of the motion[s]" on or before October 17, 2022. Homeland has failed to do so.

Accordingly, the Court hereby **ORDERS** Homeland to file redacted versions of its Motions to Compel (Dkt. 151; Dkt. 152) on or before **November 17, 2022**.

**SIGNED** on November 10, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE