**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>        Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC., SONIC HEALTHCARE USA, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 1:20-cv-783-RP |

Per the Court's instructions during the parties' hearing on Monday, November 14, 2020 at 10am, Homeland filed a supplement yesterday to aid the Court in its analysis of Homeland's Second Motion to Compel (Dkt. 152). In that filing, Homeland set forth the specific documents that it contends fall within the three categories of documents at issue in its motion that were contained within CPL's log of its broker's (Aon) documents (the "Aon Log").

As Homeland indicated in that filing of yesterday, Homeland submits this addition to specifically address CPL's other, and much larger, log at issue which includes CPL's own withheld documents (the "CPL Log").

As it did with the Aon Log , Homeland provides document numbers below and attaches CPL's Log as **Exhibit A.**[1] The CPL log is listed with sequential document numbers (first column). The documents contained therein are color-coded if the Court would like to review the logs themselves, as explained more fully below.

---

[1] Because of the size of CPL's Log, it is divided into Ex.A-1, Ex. A-2, and Ex. A-3 for the purposes of filing.

**Category One: CPL's Communications About Its Claim To Homeland With MedLab.**

Homeland has highlighted in pink the communications that it contends are not privileged; namely, the communications involving MedLab that, according to the privilege log, concern the insurance claim to Homeland rather than the underlying Irish litigation. The relevant bates numbers on the CPL Log are as follows:

- 283
- 299
- 601
- 1457
- 2378
- 2829
- 2908
- 2933
- 2934
- 2937
- 4920
- 5061-5062
- 5064-5066
- 6669

**Category Two: Documents To, From, Or About Vero.**

Homeland has highlighted in blue the documents that it contends the Court should order produce; namely, documents addressed to a Vero email address or documents with "Vero" in the subject line that do not seem to be discussing the coverage litigation. Specifically, the relevant bates numbers on the CPL Log are as follows:

- 85
- 305
- 1182
- 1188
- 1191-1192
- 1195
- 2278
- 2279
- 2928
- 2931
- 4714

- 4719
- 4798
- 4876
- 4877
- 4881-4882
- 4988
- 5015
- 5026
- 5353
- 5575
- 6965
- 7144
- 7160
- 7164-7165
- 7167
- 8298
- 8326
- 8329
- 8332-8333
- 8335
- 8342-8344
- 8346-8347
- 8566
- 8572
- 8609-8611

**Category Three: The Underlying Irish Litigation Documents**

Category three includes a large number of documents.  Accordingly, rather than highlight the corresponding documents in a particular color, Homeland has left the documents in category three <u>unhighlighted</u>.   The unhighlighted bates numbers (so the numbers subject to Homeland's motion, *i.e,* documents about the underlying Irish litigation created before July 10, 2020) on the CPL Log are as follows:

- 1
- 4-5
- 34-117
- 119-140
- 142-192
- 194-203
- 205-211
- 213

- 216-253
- 254-259
- 261-263
- 266-280
- 282-286
- 288-291
- 293-295
- 297-328
- 330-410
- 411-468
- 470-477
- 479-481
- 483-486
- 488-505
- 507-542
- 542-546
- 548-577
- 580
- 583-590
- 593-595
- 600
- 603-615
- 618-656
- 659-688
- 689-695
- 697-700
- 702-714
- 716-755
- 757
- 759-795
- 797-855
- 857-871
- 873-890
- 893-904
- 905-921
- 923
- 925-927
- 929-931
- 936-942
- 951-953
- 955-965
- 967-972
- 974-977
- 979-984

- 988
- 990-992
- 994-998
- 1002-1003
- 1006
- 1008-1009
- 1013-1016
- 1025-1030
- 1037-1040
- 1049-1052
- 1060
- 1068-1076
- 1078-1080
- 1082-1083
- 1085-1086
- 1088-1098
- 1140
- 1142
- 1145-1156
- 1148
- 1150
- 1154
- 1157-1158
- 1161-1163
- 1165-1168
- 1171
- 1173-1175
- 1178
- 1180
- 1184-1188
- 1191-1203
- 1205-1208
- 1212-1213
- 1221
- 1223-1227
- 1229-1248
- 1250-1268
- 1270-1285
- 1287-1293
- 1296-1300
- 1302-1306
- 1308-1351
- 1353-1361
- 1363-1381

- 1383-1391
- 1394-1400
- 1402-1494
- 1407-1408
- 1410-1411
- 1416-1430
- 1432-1464
- 1466-1468
- 1470-1475
- 1479-1482
- 1485-1486
- 1488-1503
- 1506-1521
- 1524-1537
- 1541-1554
- 1556-1581
- 1584
- 1586-1596
- 1598-1600
- 1602-1608
- 1610-1612
- 1614-1623
- 1625-1633
- 1638-1639
- 1674-1715
- 1717-1723
- 1725-1736
- 1738-1750
- 1755-1756
- 1758-1763
- 1765-1770
- 1773-1774
- 1779
- 1781-1825
- 1827-1835
- 1837-1838
- 1840-1845
- 1847-1848
- 1850-1853
- 1855-1859
- 1861-1870
- 1873
- 1875-1877
- 1879-1891

- 1895-1896
- 1898
- 1990-1909
- 1911-1919
- 1921-1966
- 1969-1976
- 1978-1990
- 1993-1998
- 2011-2015
- 2028-2029
- 2031
- 2033-2045
- 2047-2055
- 2057-2081
- 2082-2093
- 2095
- 2097
- 2099
- 2101
- 2103-2109
- 2111
- 2112-2129
- 2131-2158
- 2160-2162
- 2164-2221
- 2223-2227
- 2229
- 2232-2233
- 2235-2242
- 2247-2257
- 2259-2265
- 2267-2268
- 2271-2273
- 2276-2287
- 2290-2291
- 2294-2307
- 2310-2315
- 2317-2346
- 2349-2354
- 2358-2361
- 2363-2379
- 2381-2452
- 2454-2457
- 2461-2480

- 2482-2519
- 2521-2554
- 2556-2580
- 2582-2640
- 2642-2677
- 2679-2688
- 2690-2731
- 2734-2739
- 2741-2795
- 2797-2800
- 2802-2804
- 2806-2813
- 2815-2817
- 2819-2822
- 2924-2831
- 2833-2837
- 2839-2860
- 2862
- 2864-2874
- 2875
- 2878
- 2880-2882
- 2891-2892
- 2895
- 2897-2904
- 2905-2909
- 2914-2919
- 2923-2925
- 2927-2928
- 2930
- 2933-2933
- 2939-2959
- 2961-3031
- 3033-3038
- 3040-3122
- 3163-3205
- 3209-3327
- 3329-3361
- 3363
- 3365-3367
- 3369-3386
- 3388-3389
- 3391-3666
- 3667-3668

- 3670-3701
- 3703-3764
- 3766-3831
- 3838-3858
- 3862-3875
- 3877-3916
- 3919-3983
- 3991-4035
- 4037-4974
- 4076-4078
- 4081-4119
- 4125-4198
- 4200-4273
- 4275-4322
- 432-4329
- 4331-4372
- 4374-4381
- 4383-4393
- 4396-4398
- 4401-4429
- 4431-4434
- 4437-4460
- 4463-4466
- 4469-4479
- 4481-4501
- 4503-4537
- 4539-4559
- 4561-4563
- 4565-4575
- 4578-4581
- 4583-4587
- 4590-4697
- 4702
- 4704-4713
- 4715-4718
- 4720-4725
- 4746-4728
- 4730
- 4734-4735
- 4738-4764
- 4766-4786
- 4790-4804
- 4806-4836
- 4838-4843

- 4845-4891
- 4893-4918
- 4921-4922
- 4925-4937
- 4940-4968
- 4970-4986
- 4989-5011
- 5013-5029
- 5031-5057
- 5059-5060
- 5063
- 5067-5069
- 5071-5074
- 5076-5094
- 5096-5133
- 5140
- 5142-5160
- 5161
- 5163-5164
- 5168-5171
- 5173-5281
- 5283-5347
- 5349-5386
- 5390
- 5392-5508
- 5510-5563
- 5565-5578
- 5580
- 5582
- 5586
- 5602-5606
- 5608-5623
- 5627-5628
- 5630-5634
- 5637
- 5641-5648
- 5651-5656
- 5658
- 5660-5687
- 5690-5696
- 5698-5705
- 5710-5725
- 5727-5735
- 5748-5742

- 5744-5750
- 5752
- 5754
- 5757-5768
- 5770
- 5775-5795
- 5797-5825
- 5830-5838
- 5840-4842
- 5845-5850
- 5854-5855
- 5879
- 5881-5913
- 5915-5931
- 5933-5934
- 5936-5939
- 5944-5952
- 5954
- 5957-5972
- 5974-6007
- 6009-6050
- 6052
- 6054-6064
- 6066-6073
- 6075-6082
- 6084-6133
- 6135
- 6137-6161
- 6163-6171
- 6173-6174
- 6177-6178
- 6180-6182
- 6186-6187
- 6189-6190
- 6194
- 6196-6197
- 6200-6206
- 6208-6209
- 6211-6227
- 6229
- 6231-6246
- 6257-6320
- 6322-6325
- 6328-6362

- 6364-6399
- 6401-6407
- 6414-6416
- 6419=6420
- 6422
- 6424
- 6429
- 6433-6437
- 6478-6481
- 6483-6485
- 6501-6503
- 6505-6507
- 6512-6515
- 6517-6529
- 6531-6533
- 6535-6539
- 6542-6543
- 6545-6546
- 6549-6557
- 6561-6641
- 6643-6644
- 6646-6668
- 6670-6678
- 6682-6699
- 6701-6709
- 6712
- 6715
- 6717-6722
- 6724-6738
- 6740-6748
- 6750-6774
- 6777-6798
- 6800
- 6802-6810
- 6815-6817
- 6819-6825
- 6846-6849
- 6850-6865
- 6877
- 6879-6880
- 6882
- 6886-6986
- 6989-7006
- 7008-7028

- 7030-7054
- 7058-7061
- 7065
- 7067-7070
- 7072-7077
- 7079-7106
- 7110-7115
- 7118-7119
- 7122-7139
- 7144-7169
- 7199-7209
- 7212-7233
- 7238-7240
- 7243
- 7245-7257
- 7259-7260
- 7262-7263
- 7265-7266
- 7270-7274
- 7287-7290
- 7292-7301
- 7306-7311
- 7314-7319
- 7323-7325
- 7330-7331
- 7333-7350
- 7354
- 7360-7365
- 7367-7368
- 7376-7430
- 7434-7462
- 7465-7477
- 7479-7548
- 7550-7630
- 7632-7678
- 7680-7773
- 7775-7782
- 7785-7842
- 7848
- 7851-7852
- 7854
- 7856-7864
- 7877-779
- 7881-7883

- 7885-7887
- 7891-7894
- 7902-7906
- 7910-7912
- 7922-7959
- 7960-7961
- 7964-8007
- 8009-8040
- 8043-8053
- 8056-8142
- 8144-8168
- 8170-8193
- 8195-8234
- 8238
- 8240
- 8242
- 8245-8246
- 8248-8249
- 8251-8255
- 8257
- 8259-8262
- 8266
- 8270-8273
- 8275-8277
- 8280
- 8282
- 8289-8291
- 8293-8296
- 8298-8300
- 8319-8323
- 8326
- 8328-8329
- 8332-8333
- 8335
- 8339-8344
- 8346-8347
- 8349-8384
- 8385-8390
- 8392
- 8394
- 8397-8398
- 8400-8441
- 8443-8450
- 8455-8470

- 8473-8483
- 8486
- 8488
- 8492-8531
- 8533-8569
- 8571-8611
- 8613-8636
- 8638-8741
- 8743-8751
- 8754-8771
- 8774-8785
- 8787-8807
- 8809-8823
- 8825-8848
- 8852-8877
- 8881-8883
- 8885
- 8891
- 8893-8898
- 8900-8927
- 8931-8943
- 8945-8998
- 9000-9018
- 9032-9111
- 9154-9174
- 9179-9192
- 9197-9199
- 9205-9209
- 9211-9214
- 9246-9217
- 9221-9232
- 9234-9275
- 9277-9341
- 9348
- 9350
- 9388-9390
- 9394-9397
- 9411
- 9414-9418
- 9420-9421
- 9427-9430
- 9477-9479
- 9493
- 9495

- 9497-9515
- 9517
- 9519-9521
- 9523
- 9525-9533
- 9535-9546
- 9548
- 9550-9560
- 9562-9583
- 9585-9591
- 9593
- 9598-9604
- 9606-9609
- 9613-9621
- 9629-9630
- 9634
- 9651-9663
- 9666-9670
- 9673-9676
- 9682-9683
- 9687
- 9690-9691
- 9693-9701
- 9704-9713
- 9716-9718
- 9721-9729
- 9738-9752
- 9755-9765
- 9768-9775
- 9777
- 9779-9768
- 9789-9810
- 9813-9820
- 9822-9831
- 9833-9835
- 9840-9853
- 9857-9860
- 9864-9865
- 9867-9888
- 9890-9891
- 9895
- 9906
- 9908-9910
- 9913

- 9915-9917
- 9920-9921
- 9923-9928
- 9931-9936
- 9938-9946
- 9950-9974
- 9976
- 9983-9986
- 9988
- 9990
- 9992-9996

Respectfully submitted this 17th day of November, 2022.

By:   */s/ John T. Brooks*
John T. Brooks (CA Bar #167793)
Jared K. LeBeau (CA Bar #292742)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:  (619) 338-6500
Fax:  (619) 234-3815
jbrooks@sheppardmullin.com
jlebeau@sheppardmullin.com
*Admitted Pro Hac Vice*

Joseph R. Little (#784483)
The Little Law Firm
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone:  (713) 222-1368
Fax:  (281) 200-0115
jrl@littlelawtexas.com
*Attorneys for Plaintiff Homeland Insurance
Company of New York*