UNITED STATES DISTRICT COURT

Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of case: Homeland Insurance Company of New York v. Clinical Pathology Laboratories, Inc., et al.

2. Civil action number: 1:20-cv-783

3. Nature of suit: Breach of Warranty / Insurance Coverage

4. Date of Mediation: December 16, 2022

5. When did the case settle?  ☐ Before ADR   ☒ In ADR   ☐ Did Not Settle

6. What was your total fee? $ 8,800   or   ☐ Pro Bono

7. How was this Mediation initiated?   ☒ by court order   or   ☐ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

| | | | |
|---|---|---|---|
| Name: | Ernest Martin, Jr., Esq. | Name: | Gregory E. Van Houten, Esq. |
| Address: | 2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219 | Address: | 2323 Victory Avenue, Suite 700<br>Dallas, Texas 75219 |
| Phone: | (214) 651-5000 | Phone: | (214) 651-5000 |
| Name: | John T. Brooks, Esq. | Name: | Mark T. Beaman, Esq. |
| Address: | 501 West Broadway, 19th Floor<br>San Diego, California 92101 | Address: | 1501 S. Mopac Expressway, A400<br>Austin, Texas 78746 |
| Phone: | (619) 338-6537 | Phone: | (512) 472-0288 |

9. Additional comments:

---

John DeGroote  *Digitally signed by John DeGroote*
*Date: 2022.12.20 16:11:11 -06'00'*

Signature of Neutral                                     Date: December 20, 2022

501 S. 2nd Avenue, Suite A-700                           Phone: (214) 887-3484
Address
Dallas, Texas  75226

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*