IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>    Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC., AND SONIC HEALTHCARE USA, INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 1:20-cv-783 |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES**

Plaintiff Homeland Insurance Company of New York and Defendants Clinical Pathology Laboratories, Inc. and Sonic Healthcare USA, Inc. (collectively, the "Parties") file this Joint Notice of Settlement and Joint Motion to Stay All Deadlines to report that they have reached a settlement with respect to this matter. The parties require additional time to finalize their settlement agreement and to dismiss this case, and they therefore request that all deadlines be stayed through January 31, 2023.

\* \* \*

Dated: December 21, 2022

Respectfully and jointly submitted,

| | |
|---|---|
| By: /s/ *John T. Brooks*<br>John T. Brooks [CA Bar #167793]*<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101<br>Telephone: (619) 338-6500<br>Fax: (619) 234-3815<br>jbrooks@sheppardmullin.com<br>*Admitted *Pro Hac Vice*<br><br>-and-<br><br>Joseph R. Little (Bar No. 784483)<br>The Little Law Firm<br>440 Louisiana Street, Suite 900<br>Houston, Texas 77002<br>Telephone: (713) 222-1368<br>Fax: (281) 200-0115<br>jrl@littlelawtexas.com<br><br>**ATTORNEYS FOR PLAINTIFF** | By: /s/ *Ernest Martin, Jr.*<br>Ernest Martin, Jr. [Bar No. 13063300]<br>Greg Van Houten*<br>HAYNES AND BOONE, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>Tel: 214-651-5651<br>ernest.martin@haynesboone.com<br>greg.vanhouten@haynesboone.com<br>*Admitted *Pro Hac Vice*<br><br>-and-<br><br>Mark T. Beaman [Bar No. 01955700]<br>Ryan Bueche [Bar. No. 24064970]<br>GERMER BEAMAN & BROWN PLLC<br>One Barton Skyway<br>1501 S Mopac Expy Suite A400<br>Austin, TX 78746<br>Tel: 512-482-3504 Direct<br>mbeaman@germer-austin.com<br>rbueche@germer-austin.com<br><br>**ATTORNEYS FOR DEFENDANTS** |

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on December 21, 2022, I conferred with counsel for Plaintiff via email regarding the instant motion. Counsel for Plaintiff agreed with the form and substance of the motion, and thus the motion is filed jointly.

*/s/  Ernest Martin*
Ernest Martin

**CERTIFICATE OF SERVICE**

I hereby certify that, consistent with Local Court Rule CV-5, a true and correct copy of the foregoing was sent to all parties of record pursuant to the Electronic Filing Procedures and the Federal Rules of Civil Procedure on this 21st day of December 2022.

*/s/  Ernest Martin*
Ernest Martin