**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>      Plaintiff,<br><br>v.<br><br>CLINICAL PATHOLOGY LABORATORIES, INC., AND SONIC HEALTHCARE USA, INC.,<br><br>      Defendants. | CIVIL ACTION NO. 1:20-CV-783-RP |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Text Order dated December 22, 2022, Plaintiff Homeland Insurance Company of New York and Defendants Clinical Pathology Laboratories, Inc. and Sonic Healthcare USA, Inc. (collectively, the "Parties") file this Joint Status Report regarding the written agreement memorializing the settlement reached in this case.

1.　　On January 27, 2023, the Parties finalized and fully executed a written Confidential Settlement Agreement and Mutual Release.  Per the settlement agreement, the required settlement amount is due to be paid on or before Monday, February 6, 2023.

2.　　The Parties require additional time to complete and verify the settlement payment, and to dismiss this case.  The Parties therefore request the stay of all deadlines be extended through Monday, February 13, 2023.

\*　　　\*　　　\*

Dated: January 31, 2023

Respectfully and jointly submitted,

By: */s/ John T. Brooks*

John T. Brooks [CA Bar #167793]*
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:  (619) 338-6500
Fax:  (619) 234-3815
jbrooks@sheppardmullin.com
*Admitted *Pro Hac Vice*

*-and-*

Joseph R. Little (Bar No. 784483)
The Little Law Firm
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone:  (713) 222-1368
Fax:  (281) 200-0115
jrl@littlelawtexas.com

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Ernest Martin, Jr.*

Ernest Martin, Jr. [Bar No. 13063300]
Greg Van Houten*
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Tel:  214-651-5651
ernest.martin@haynesboone.com
greg.vanhouten@haynesboone.com
*Admitted *Pro Hac Vice*

*-and-*

Mark T. Beaman [Bar No. 01955700]
Ryan Bueche [Bar. No. 24064970]
GERMER BEAMAN & BROWN PLLC
One Barton Skyway
1501 S Mopac Expy Suite A400
Austin, TX 78746
Tel:  512-482-3504 Direct
mbeaman@germer-austin.com
rbueche@germer-austin.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that, on January 31, 2023, I conferred with counsel for Plaintiff via email regarding the instant status report.  Counsel for Plaintiff agreed with the form and substance of the report, and thus the report is filed jointly.

*/s/  Ernest Martin*
Ernest Martin

## **CERTIFICATE OF SERVICE**

I hereby certify that, consistent with Local Court Rule CV-5, a true and correct copy of the foregoing was sent to all parties of record pursuant to the Electronic Filing Procedures and the Federal Rules of Civil Procedure on this 31st day of January 2023.

*/s/  Ernest Martin*
Ernest Martin