IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, § § § | | |
| Plaintiff, § § | | |
| v. § | | 1:20-CV-783-RP |
| § CLINICAL PATHOLOGY § LABORATORIES, INC., and SONIC § HEALTHCARE USA, INC., § § | | |
| Defendants. § | | |

## ORDER

This Court entered stay in this case on December 22, 2022. Now before the Court is the parties' Joint Status Report, (Dkt. 224). The parties represent that they are in need of additional time to complete and verify the settlement payment and dismiss the case. (*Id.* at 1). The parties request until February 13, 2023, to file dismissal paperwork. (*Id.*).

The Court construes the parties' notice, (Dkt. 224), as a motion to stay. Accordingly, for good cause shown, **IT IS ORDERED** that this case is **STAYED** until **February 13, 2023.** All pending deadlines are stayed pending further order of this Court.

**IT IS FURTHER ORDERED** that the parties file either a stipulation of dismissal or a joint status report regarding the resolution of the settlement on or before **February 13, 2023**.

**SIGNED** on February 1, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE